JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD DIAZ <br><br> PLAINTIFF(S) <br> v. <br><br> CHIPOTLE SERVICES, LLC, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV17-3557 DSF (RAOx) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable Dale S. Fischer, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Trinidad Diaz

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Chipotle Services, LLC

recover of the plaintiff(s) its costs of action, taxed in the sum of _____ .

                                          Clerk, U. S. District Court

Dated: 8/24/18                                By _[signature]_
                                                                             Deputy Clerk

At: Los Angeles

cc:     Counsel of record